UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHEILA D. SHARBER,

    Plaintiff,

v.                                Case No. 19-2418-DDC

BANK OF AMERICA, et al.,

    Defendants.

## THIRD AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 82) to amend the scheduling order. For good cause shown, the motion is granted and the scheduling order is amended as follows:

a. All discovery shall be commenced or served in time to be completed by **April 13, 2020.**

b. Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **March 19, 2020,** and defendants by **March 25, 2020.**

c. The deposition of defendants' expert witnesses shall occur by **April 13, 2020.**

d. The final pretrial conference is rescheduled from April 9, 2020, to **April 23, 2020, at 10:30 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City,

Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **April 17, 2020**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

All other provisions of the original scheduling order (ECF No. 36) shall remain in effect. The schedule adopted in this third amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated February 7, 2020, at Kansas City, Kansas.

                                                    s/ James P. O'Hara
                                                    James P. O'Hara
                                                    U.S. Magistrate Judge